**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS RIVERA-LOPEZ, | Case No. 5:26-cv-01864-FMO-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, *et al.*, | |
| Respondents. | |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

**IT IS SO ORDERED.**

DATED:  April 28, 2026

                        /s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE